| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:96-806-1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 10-CR-00620-REB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | South Carolina | Charleston |
| Miguel A. Flores<br>Arkansas Valley Correctional Facility<br>Crowley, Colorado | NAME OF SENTENCING JUDGE | |
| | David C. Norton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/09/2009    TO 12/08/2012 |

**OFFENSE**

Conspiracy, 18 U.S.C. § 371, and Involuntary Servitude, 18 U.S.C. § 1584

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/30/10
_Date_     _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/17/10
_Effective Date_     _United States District Judge_

(Form Revised in WP80 by D/SC - 9/97)